JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ENGELHARDT, | CASE NO. CV 12-01891-MMM(DTBx) |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING CIVIL ACTION |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant(s). | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: December 18, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE